**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

FILED
FEBRUARY 22, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 1122**

In the Matter of                                    Case Number:

DENISE PAVICH AND NICHOLAS PAVICH,
    Plaintiff,
v.
AMERICAN EXPRESS CARDS,
    Defendant.

**JUDGE LEFKOW**
**MAGISTRATE JUDGE NOLAN**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

AMERICAN EXPRESS CENTURION BANK, improperly sued as AMERICAN EXPRESS COMPANY

| | |
|---|---|
| NAME (Type or print)<br>Daniel K. Ryan | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Daniel K. Ryan | |
| FIRM<br>Hinshaw & Culbertson LLP | |
| STREET ADDRESS<br>222 North LaSalle Street - S. 300 | |
| CITY/STATE/ZIP<br>Chicago, Illinois  60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>06196616 | TELEPHONE NUMBER<br>312-704-3000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |