# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS,
# EASTERN DIVISION

| | |
|---|---|
| DENISE PAVICH and NICOLAS PAVICH, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> AMERICAN EXPRESS CARDS a/k/a ) <br> AMERICAN EXPRESS COMPANY, ) <br> ) <br> Defendant. ) | Case No.: 08 C 1122 <br><br> Judge Lefkow <br> Magistrate Judge Nolan |

NOTE:  In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**DEFENDANT AMERICAN EXPRESS CENTURIAN BANK, IMPROPERLY SUED AS AMERICAN EXPRESS COMPANY**

| |
|---|
| SIGNATURE: /s/ *Stephen D. Vernon* |
| FIRM  Hinshaw & Culbertson LLP |
| STREET ADDRESS  222 N. LaSalle Street, Suite 300 |
| CITY/STATE/ZIP  Chicago, Illinois 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6288676 | TELEPHONE NUMBER <br> 312-704-3000 |
|---|---|

| |
|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?    YES ☐        NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  YES ☐        NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?    YES ☐        NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?  YES ☐   NO ☒ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br><br> RETAINED COUNSEL  ☐        APPOINTED COUNSEL  ☐ |

6289030v1 886255

## **CERTIFICATE OF SERVICE**

      I, the undersigned a non-attorney, depose and state that I caused to be served a true and correct copy of the foregoing **APPEARANCE,** via the U.S. Mail on February 28, 2008 and that it was electronically filed using the Court's CM/ECF system and served upon all Parties/Counsel of Record via electronic transmission pursuant to the Court's CM/ECF system, and upon:

Nicholas A. Pavich, Pro Se
Denise M. Pavich, Pro Se
1701 N. Halsted Street
Unite E-4
Chicago, Illinois  60614


| | | |
|---|---|---|
| **[X]** | *Under penalties as provided by law pursuant to 735 ILCS 5/ 1-109 I certify that the statements set forth herein are true and correct.* | /S/*Peggy A. Michael* |