IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Denise Pavich and Nicholas Pavich, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 08-cv-01122 |
| | ) | |
| v. | ) | Judge Lefkow |
| | ) | Magistrate Judge Nolan |
| American Express Cards a/k/a American Express Company, | ) ) | |
| | ) | JURY TRIAL DEMANDED |
| Defendant. | ) | |

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Defendant, AMERICAN EXPRESS CENTURIAN BANK, *incorrectly sued as* AMERICAN EXPRESS CARDS A/K/A AMERICAN EXPRESS COMPANY, by their attorneys, Daniel K. Ryan and Stephen D. Vernon, pursuant to Federal Rule of Civil Procedure 6(b), respectfully request that this Court grant it a 21-day enlargement of time to file a responsive pleading to Plaintiffs' Complaint, and in support thereof, state as follows:

1. Plaintiffs' Complaint purports to state claims under the Fair Credit Reporting Act and Illinois Consumer Fraud Act against Defendant.

2. This matter was originally filed in Illinois state court in the Circuit Court of Cook County.

3. Defense counsel was recently retained and removed the matter from state court purusant to 28 U.S.C. §1441(a) on February 22, 2008.

4. Pursuant to Federal Rule of Civil Procedure Defendant's answer or otherwise responsive pleading is currently due February 29, 2008.

5. Defendant hereby requests an additional 21 days from February 29, 2008 to answer or otherwise respond to Plaintiff's Complaint, up to and including March 21, 2008.

6289044v1 886255

6. This time is not meant for purposes of unnecessary delay and will not prejudice any party in the litigation. This time is necessary to analyze the pleading and prepare the appropriate response.

7. Defense counsel contacted Plaintiffs regarding this motion and they have no objection to the extension.

WHEREFORE, Defendant, AMERICAN EXPRESS CENTURIAN BANK, *incorrectly sued as* AMERICAN EXPRESS CARDS A/K/A AMERICAN EXPRESS COMPANY, respectfully request that this Court grant them a 21-day enlargement of time, up to and including March 21, 2008, to file a responsive pleading to the Plaintiffs' Complaint.

Respectfully submitted,

AMERICAN EXPRESS CENTURIAN BANK, *incorrectly sued as* AMERICAN EXPRESS CARDS A/K/A AMERICAN EXPRESS COMPANY,

By: s/Stephen D. Vernon
One of Its Attorneys

Daniel K. Ryan
Stephen D. Vernon
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Suite 300
Chicago, Illinois 60601
312-704-3000
dryan@hinshawlaw.com
svernon@hinshawlaw.com

6289044v1 886255