## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan H. Lefkow | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1122 | **DATE** | 3/6/2008 |
| **CASE TITLE** | Pavich vs. American Express Cards | | |

**DOCKET ENTRY TEXT**

Defendant's motion for enlargement of time [6] to 3/21/2008 to answer or otherwise plead is granted. Status hearing is set for 3/27/2008 at 9:30 a.m.

Docketing to mail notices.

Case 1:08-cv-01122    Document 8    Filed 03/06/2008    Page 1 of 1

| | Courtroom Deputy Initials: | MD |
|---|---|---|