UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Denise Pavich, et al.
                Plaintiff,

v.                                         Case No.: 1:08–cv–01122
                                                   Honorable Joan H. Lefkow

American Express Cards
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, March 27, 2008:

      MINUTE entry before Judge Honorable Joan H. Lefkow:Status hearing held on 3/27/2008 and continued to 5/27/2008 at 09:30 AM. Plaintiff's oral motion for leave to file an amended complaint is granted. Plaintiff's amended complaint is to be filed by 4/24/2008; defendant is to answer or otherwise plead to the amended complaint by 5/15/2008. Defendant's motion to dismiss [9] is denied without prejudice. In court noticed motion date of 4/3/2008 is stricken.Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.