**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **DENISE PAVICH and** | ) | |
| **NICHOLAS A. PAVICH,** | ) | |
| | ) | **No. 08 C 1122** |
| | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | |
| | ) | **Judge Joan Lefkow** |
| **AMERICAN EXPRESS CARDS a/k/a** | ) | |
| **AMERICAN EXPRESS COMPANY** | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| **Defendant.** | ) | |

**Unopposed Motion for an Extension of Time
to File an Amended Complaint**

Plaintiffs Denise Pavich and Nicholas Pavich hereby move this Court for an extension of time to file an amended complaint. In support of their motion, the parties state as follows:

1.      Currently, plaintiffs are scheduled to file an amended complaint with the Court on April 24, 2008.

2.      Due to the press of other cases and technical issues, Plaintiffs require an additional two weeks time to file an Amended Complaint

3.      Defendant has no objection to the requested extension and request an additional two week extension to the response date previously set by the Court. Plaintiffs have no objection to Defendant's requested extension.

4.      This Motion is not for any improper or dilatory purpose.

WHEREFORE, Plaintiffs Denise Pavich and Nicholas Pavich respectfully request an extension of time to file their Amended Complaint to and including May 8, 2008 and further request that Defendant's response date be extended to and including May 29, 2008.

Respectfully submitted,

s/ Nicholas A. Pavich_____
            Nicholas A. Pavich
                    On behalf of Denise Pavich
and himself

Dated: April 24, 2008

Nicholas A. Pavich
Denise Pavich
1701 N. Halsted St.
Unit E-4
Chicago, Illinois 60601

## CERTIFICATE OF SERVICE

I hereby certify that on November April 24, 2008, I electronically filed the UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE AN AMENDED COMPLAINT **using the ECF System serving the following participants:**

**Dan Ryan**
**Stephen Vernon**
**Hinshaw & Culbertson, LLP**
**222 North LaSalle Street, Suite 300**
**Chicago, Illinois 60601**

**/s/ Nicholas A. Pavich**