IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **DENISE PAVICH and** | ) | |
| **NICHOLAS A. PAVICH,** | ) | |
| | ) | **No. 08 C 1122** |
| | ) | |
| **Plaintiffs,** | ) | |
| v. | ) | |
| | ) | **Judge Joan Lefkow** |
| **AMERICAN EXPRESS CARDS a/k/a** | ) | |
| **AMERICAN EXPRESS COMPANY** | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| **Defendant.** | ) | |

To:  See Attached Service List

## NOTICE OF MOTION

  On May 1, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Joan Lefkow, or any judge sitting in her stead, in the courtroom usually occupied by him in Room 1925 at the United States District Court, Chicago, Illinois and shall then present UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE AN AMENDED COMPLAINT, a copy of which is attached.

                 Respectfully submitted,

April 24, 2008         By: /s/ Nicholas A. Pavich
                 Nicholas A. Pavich
                 On behalf of Denise Pavich and himself

Nicholas A. Pavich
Denise Pavich
1701 N. Halsted St.
Unit E-4
Chicago, Illinois 60601

## CERTIFICATE OF SERVICE

      **I hereby certify that on April 24, 2008, I electronically filed the** NOTICE OF UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE AN AMENDED COMPLAINT **using the ECF System serving the following participants:**

**Dan Ryan**
**Stephen Vernon**
**Hinshaw & Culbertson, LLP**
**222 North LaSalle Street, Suite 300**
**Chicago, Illinois 60601**


        /s/ Nicholas A. Pavich