**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Denise Pavich, et al.
                      Plaintiff,

v.                                             Case No.: 1:08–cv–01122
                                                       Honorable Joan H. Lefkow

American Express Cards
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, May 1, 2008:

     MINUTE entry before Judge Honorable Joan H. Lefkow:Plaintiffs' motion for extension of time to 5/8/2008 to file amended complaint [13] is granted. Defendant to answer or otherwise plead by 5/29/2008. Status hearing of 5/27/2008 is stricken and reset to 6/10/2008 at 09:30 AM. Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.