IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DENISE PAVICH and NICOLAS PAVICH, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> AMERICAN EXPRESS CARDS a/k/a ) <br> AMERICAN EXPRESS COMPANY, ) <br> ) <br> Defendant. ) <br> ) | Case No.: 08 C 1122 <br><br> Judge Lefkow <br> Magistrate Judge Nolan |

### NOTICE OF MOTION

PLEASE TAKE NOTICE that on Tuesday, June 10, 2008 at 9:30 a.m. or as soon thereafter as this Motion may be heard, I shall appear before the Honorable Judge Joan Lefkow, or any judge sitting in her stead, in Courtroom 1925, at the U.S. District Court for the Northern District of Illinois, Eastern Division, and then and there present Defendant's Motion to Dismiss a copy which are hereby served upon you.

By: /s/*Stephen D. Vernon*

HINSHAW & CULBERTSON LLP
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601-1081
(312) 704-3000

### CERTIFICATE OF SERVICE

I, the undersigned, a non-attorney, certify that I caused to be filed this Notice and the documents referenced herein through the Court's ECM/CF system, which will cause electronic notification of this filing to be sent to all counsel of record and caused to be served via the U.S. mail a copy of same to all counsel of record on or before 6:00 p.m. on May 29, 2008.

Nicholas A. Pavich, Pro Se
Denise M. Pavich, Pro Se
1701 N. Halsted Street
Unite E-4
Chicago, Illinois  60614

By: /s/*Peggy A. Michael*

6324062v1 886255