IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DENISE PAVICH and<br>NICHOLAS A. PAVICH,<br><br>      Plaintiffs,<br>v.<br><br>AMERICAN EXPRESS CARDS a/k/a<br>AMERICAN EXPRESS COMPANY<br><br>      Defendant. | No. 08 C 1122<br><br>Judge Joan Lefkow<br><br>JURY TRIAL DEMANDED |

**Unopposed Motion for an Extension of Time
to File an Opposition Brief to Defendant's Motion to Dismiss**

Plaintiffs Denise Pavich and Nicholas Pavich hereby move this Court for an extension of time to file an opposition brief to Defendant's Motion to Dismiss. In support of their motion, the parties state as follows:

1. Currently, plaintiffs were scheduled to file anopposition brief with the Court on July 8, 2008.

2. Due to an out of state family emergency, Plaintiffs require an additional three weeks time to file their brief

3. Defendant has no objection to the requested extension and request an additional two week extension to the reply date previously set by the Court. Plaintiffs have no objection to Defendant's requested extension.

4. This Motion is not for any improper or dilatory purpose.

WHEREFORE, Plaintiffs Denise Pavich and Nicholas Pavich respectfully request an extension of time to file their opposition brief to Defendant's Motion to Dismiss to and including July 29, 2008 and further request that Defendant's response date be extended to and including August 12, 2008.

                                                  Respectfully submitted,

                                                  s/ Nicholas A. Pavich____
                                                  Nicholas A. Pavich
                                                  On behalf of Denise Pavich and himself

Dated: July 18, 2008

Nicholas A. Pavich
Denise Pavich
1701 N. Halsted St.
Unit E-4
Chicago, Illinois 60601

## **CERTIFICATE OF SERVICE**

**I hereby certify that on July 17, 2008, I electronically filed the** UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE AN AMENDED COMPLAINT **using the ECF System serving the following participants:**

**Dan Ryan**
**Stephen Vernon**
**Hinshaw & Culbertson, LLP**
**222 North LaSalle Street, Suite 300**
**Chicago, Illinois 60601**


/s/ Nicholas A. Pavich