IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DENISE PAVICH and<br>NICHOLAS A. PAVICH,<br><br>      Plaintiffs,<br>v.<br><br>AMERICAN EXPRESS CARDS a/k/a<br>AMERICAN EXPRESS COMPANY<br><br>      Defendant. | No. 08 C 1122<br><br>Judge Joan Lefkow<br><br>JURY TRIAL DEMANDED |

To:  See Attached Service List

## NOTICE OF MOTION

      On July 24, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Joan Lefkow, or any judge sitting in her stead, in the courtroom usually occupied by him in Room 1925 at the United States District Court, Chicago, Illinois and shall then present UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE AN OPPOSITION BRIEF, a copy of which is attached.

                                      Respectfully submitted,

July 18, 2008                            By:   /s/ Nicholas A. Pavich
                                                  Nicholas A. Pavich
                                                  On behalf of Denise Pavich and himself

Nicholas A. Pavich
Denise Pavich
1701 N. Halsted St.
Unit E-4
Chicago, Illinois 60601

## CERTIFICATE OF SERVICE

**I hereby certify that on JULY 18, 2008, I electronically filed the** NOTICE OF UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE AN OPPOSITION MOTION **using the ECF System serving the following participants:**

**Dan Ryan
Stephen Vernon
Hinshaw & Culbertson, LLP
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601**

/s/ Nicholas A. Pavich