IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DENISE PAVICH and<br>NICHOLAS A. PAVICH,<br><br>   Plaintiffs,<br>v.<br><br>AMERICAN EXPRESS CARDS a/k/a<br>AMERICAN EXPRESS COMPANY<br><br>   Defendant. | No. 08 C 1122<br><br>Judge Joan Lefkow<br><br>JURY TRIAL DEMANDED |

**Motion for an Extension of Time
to File an Opposition Brief to Defendant's Motion to Dismiss**

  Plaintiffs Denise Pavich and Nicholas Pavich hereby move this Court for an extension of time to file an opposition brief to Defendant's Motion to Dismiss. In support of their motion, the parties state as follows:

  1. Currently, plaintiffs were scheduled to file an opposition brief with the Court on July 29, 2008.

  2. Due to an out of state family emergency involving the failing health of one of plaintiff's fathers, Plaintiffs require an additional four weeks time to file their brief. Plaintiffs apologize to the court and opposing counsel for the delay.

  3. This Motion is not for any improper or dilatory purpose.

WHEREFORE, Plaintiffs Denise Pavich and Nicholas Pavich respectfully request an extension of time to file their opposition brief to Defendant's Motion to Dismiss to and including August 29,.

Respectfully submitted,

s/ Nicholas A. Pavich
Nicholas A. Pavich
On behalf of Denise Pavich and himself

Dated: August 8, 2008

Nicholas A. Pavich
Denise Pavich
1701 N. Halsted St.
Unit E-4
Chicago, Illinois 60601

**CERTIFICATE OF SERVICE**

   **I hereby certify that on August 8, 2008, I electronically filed the** UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE AN AMENDED COMPLAINT **using the ECF System serving the following participants:**

**Dan Ryan**
**Stephen Vernon**
**Hinshaw & Culbertson, LLP**
**222 North LaSalle Street, Suite 300**
**Chicago, Illinois 60601**

            **/s/ Nicholas A. Pavich**