IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DENISE PAVICH and<br>NICHOLAS A. PAVICH,<br><br>        Plaintiffs,<br>v.<br><br>AMERICAN EXPRESS CARDS a/k/a<br>AMERICAN EXPRESS COMPANY<br><br>        Defendant. | )<br>)<br>)       No. 08 C 1122<br>)<br>)<br>)<br>)<br>)       Judge Joan Lefkow<br>)<br>)       JURY TRIAL DEMANDED<br>)<br>) |

To:  See Attached Service List

## NOTICE OF MOTION

On August 26, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Joan Lefkow, or any judge sitting in her stead, in the courtroom usually occupied by him in Room 1925 at the United States District Court, Chicago, Illinois and shall then present MOTION FOR AN EXTENSION OF TIME TO FILE AN OPPOSITION BRIEF, a copy of which is attached.

                                                        Respectfully submitted,

August 8, 2008                              By:     /s/ Nicholas A. Pavich
                                                        Nicholas A. Pavich
                                                        On behalf of Denise Pavich and himself

Nicholas A. Pavich
Denise Pavich
1701 N. Halsted St.
Unit E-4
Chicago, Illinois 60601

## CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2008, I electronically filed the NOTICE OF MOTION FOR AN EXTENSION OF TIME TO FILE AN OPPOSITION MOTION using the ECF System serving the following participants:

**Dan Ryan**
**Stephen Vernon**
**Hinshaw & Culbertson, LLP**
**222 North LaSalle Street, Suite 300**
**Chicago, Illinois 60601**

/s/ Nicholas A. Pavich