IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DENISE PAVICH and<br>NICHOLAS A. PAVICH, | )<br>)<br>) | No. 08 C 1122 |
| Plaintiffs,<br>v. | )<br>)<br>)<br>) | Judge Joan Lefkow |
| AMERICAN EXPRESS CARDS a/k/a<br>AMERICAN EXPRESS COMPANY | )<br>) | JURY TRIAL DEMANDED |
| Defendant. | )<br>) | |

To: See Attached Service List

### REVISED NOTICE OF MOTION

      On August 28, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Joan Lefkow, or any judge sitting in her stead, in the courtroom usually occupied by him in Room 1925 at the United States District Court, Chicago, Illinois and shall then present MOTION FOR AN EXTENSION OF TIME TO FILE AN OPPOSITION BRIEF, a copy of which is attached.

                                                      Respectfully submitted,

August 26, 2008                        By:   /s/ Nicholas A. Pavich
                                                       Nicholas A. Pavich
                                                       On behalf of Denise Pavich and himself

Nicholas A. Pavich
Denise Pavich
1701 N. Halsted St.
Unit E-4
Chicago, Illinois 60601

## CERTIFICATE OF SERVICE

  I hereby certify that on August 26, 2008, I electronically filed the REVISED NOTICE OF MOTION FOR AN EXTENSION OF TIME TO FILE AN OPPOSITION MOTION **using the ECF System serving the following participants:**

**Dan Ryan
Stephen Vernon
Hinshaw & Culbertson, LLP
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601**

            **/s/ Nicholas A. Pavich**